# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK NICHOLAS, | : | Civil No. 1:24-CV-01769 |
| Plaintiff, | : | |
| v. | : | |
| TAMMY GIOLA, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 4th day of August, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's letter, Doc. 38, which the court construes as a motion to reopen the case, is **DENIED**.

2. Plaintiff may file a renewed motion to reopen the case accompanied by a brief in support of the motion and a proposed amended complaint by **September 3, 2025**. This amended complaint is limited to raising claims against Defendants Giola and Prince.

3. The court's June 10, 2025 order, Doc. 30, is hereby **AMENDED** to read as follows:

   **AND NOW**, on this 10th day of June, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

   1. Plaintiff's amended complaint, Doc. 23, is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

1

2. The Clerk of Court will **CLOSE** the case.

<u>s/Jennifer P. Wilson</u>  
JENNIFER P. WILSON  
United States District Judge  
Middle District of Pennsylvania